AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Claren Corporation
    Plaintiff (s),
V.
Rep. of Argentina
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 06cv13675

Notice is hereby given that, subject to approval by the court, **Claren Corporation** substitutes
(Party (s) Name)

**Michael C. Spencer, Milberg LLP**, State Bar No. **1474162** as counsel of record in
(Name of New Attorney)

place of   **George A. Davidson, John Fellas & Russell W. Jacobs.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:  Milberg LLP
 Address:  One Pennsylvania Plaza, New York, NY 10119
 Telephone:  (212) 594-5300  Facsimile (212) 868-1229
 E-Mail (Optional):  mspencer@milberg.com

I consent to the above substitution.
Date: 1-31-15
(Signature of Party (s))

I consent to being substituted.
Date: 4.8.15
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4.6.15
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 12/7/2015
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____